LAWRENCE G. BROWN
Acting United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00336 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| ZOSIMO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Zosimo Garcia it is hereby
   ORDERED, ADJUDGED AND DECREED as follows:
   1.   Pursuant to 17 U.S.C. §§ 506(b) and 509(a), defendant Zosimo Garcia's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
        a)   Approximately 334 motion picture DVDs;
        b)   Gateway computer tower;
        c)   HP laptop computer;
        d)   Epson scanner;
        e)   HP computer printer;

1       f)   DVD burner; and

2       g)   DVD Player.

3    2.   The above-listed property constitutes all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords in violation of 17 U.S.C. §§ 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1). In addition, the approximately 334 motion picture DVDs seized in this case may be forfeited and destroyed pursuant to 17 U.S.C. §§ 506(b) and 509(a).

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

    4.   a.   Pursuant to Federal Rules of Criminal Procedure Rule 32.2, 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General or Secretary of the Department of Homeland Security's (or a designee's) intent to dispose of the property in such manner as the Attorney General or Secretary may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed

property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 17 U.S.C. §§ 506(b) and 509(a) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 2, 2009**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE