```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00336 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| ZOSIMO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on March 4, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 17 U.S.C. §§ 506(b) and 509(a), based upon the plea agreement entered into between plaintiff and defendant Zosimo Garcia forfeiting to the United States the following property:

      a)     Approximately 334 motion picture DVDs;

      b)     Gateway computer tower;

      c)     HP laptop computer;

      d)     Epson scanner;

      e)     HP computer printer;

      f)     DVD burner; and

      g)     DVD player.

AND WHEREAS, beginning on March 6, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

        AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

        Accordingly, it is hereby ORDERED and ADJUDGED:

        1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 17 U.S.C. §§ 506(b) and 509(a), to be disposed of according to law, including all right, title, and interest of Zosimo Garcia.

        2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

        3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   May 6, 2009**             **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE